| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:94-cr-44-ECR-RAM |
| | | DOCKET NUMBER *(Rec. Court)* CR08-439 SBA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jessie Vernette Chambers<br>Oakland, CA | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Edward C. Reed Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/13/07    TO 11/12/12 |

| OFFENSE | |
|---|---|
| Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base | **FILED**<br>JUL - 7 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>NEVADA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>NORTHERN DISTRICT OF CALIFORNIA</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 10, 2008                      *Edward C. Reed*
_____                Edward C. Reed, Jr.
Date                            Sr. United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL - 1 2008                    *[signature]*
_____
Effective Date                  United States District Judge