BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for JESSIE CHAMBERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00439 SBA |
| Plaintiff, | [PROPOSED] ORDER APPOINTING FEDERAL PUBLIC DEFENDER OFFICE TO REPRESENT JESSIE CHAMBERS |
| vs. | |
| JESSIE CHAMBERS, | |
| Defendant. | |

Having reviewed the letter submitted by Ned Smock of the Federal Public Defender Office and the financial declaration signed by Jessie Chambers, I find that Ms. Chambers qualifies for appointment of court-appointed counsel. Accordingly, I appoint Ned Smock of the Federal Public Defender Office to represent Ms. Chambers in all further proceedings in this matter.

IT IS SO ORDERED.

Date: May 26, 2010

_____
HON. LAUREL BEELER
United States Magistrate Judge

1