1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (CABN 165775)
   Assistant United States Attorneys
5     1301 Clay Street, Suite 340S
      Oakland, CA, 94612
6     Telephone: (510) 637-3691
      Facsimile:  (510) 637-3724
7     E-mail: maureen.bessette@usdoj.gov

8  Attorneys for United States

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR08-00439 SBA
                                       )
15          Plaintiff,                 )
                                       )    STIPULATION CONTINUING HEARING
16                                     )
            v.                         )
17                                     )
    JESSIE CHAMBERS,                   )
18                                     )    DATE: March 1, 2011
            Defendant.                 )    TIME: 10:00 a.m.
19  _____)    COURTROOM #1

20        The above-captioned matter was set before the Court on March 1, 2011 at 11:00 a.m. for

21  a hearing on defendant's motion for early termination of supervised release.  The parties agree

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation Continuing Hearing

1   and stipulate that the hearing should be continued to **March 8, 2011 at 11:00 a.m.**

2   It is so stipulated.

3

4   DATED: 2/28/11                          /s/
                                          ELLEN LEONIDA, Esq.
                                          Counsel for Jessie Chambers
5

6   DATED: 2/28/11                          /s/
                                          MAUREEN C. BESSETTE
                                          Assistant U.S. Attorney
7

8   SO ORDERED        2/28/11
                                          SAUNDRA BROWN ARMSTRONG
9                                         United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Continuing Hearing                    2